UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No. 2:16-cv-00268-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket Nos. 36, 37) |
| SHENANDOAH OWNERS ASSOCIATION, INC., et al., | |
| Defendant(s). | |

Pending before the Court is SFR's motion for an extension of time to serve Daniel L. Valvo, and motion for leave to serve him by publication. Docket Nos. 36, 37. "Service by publication implicates a defendant's fundamental due process rights." *E.g., Christiana Trust v. 9796 Mount Cupertino Trust*, 2016 U.S. Dist. Lexis 30984, *2 (D. Nev. 9, 2016) (citing *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314-15 (1950); *Price v. Dunn*, 787 P.2d 785, 787 (Nev. 1990)). As a result, service by publication is generally disfavored. *See, e.g., id*. Not surprisingly, courts refuse to grant such relief based on motions that fail to present fully developed arguments supported by case law. *See, e.g., Trustees of the Nev. Resort Ass'n v. Alumifax, Inc.*, 2013 U.S. Dist. Lexis 106456, *2 (D. Nev. July 29, 2013).

The pending motion provides no legal authority of any kind, nor any meaningful analysis, as to why the deadline should be extended to effectuate service. With respect to the request for leave to serve by publication, the pending motion provides block quotations to various rules but provides no citation

of any kind to applicable case law, no clear articulation of the applicable standards, and no meaningful discussion of how those standards are met.

Accordingly, the pending motions are **DENIED** without prejudice so that SFR may present fully developed arguments.

IT IS SO ORDERED.

DATED: August 3, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge