# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No. 2:16-cv-00268-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| SHENANDOAH OWNERS ASSOCIATION, INC., et al., | |
| Defendant(s). | |

    For the reasons discussed more fully below, the Clerk's Office is **INSTRUCTED** to seal Docket Nos. 34, 35, 36, 37, 40, and 41, and the exhibits thereto.

    Defendant SFR Investment Pool 1, LLC ("SFR") has now filed on the public record repeatedly the date of birth of Daniel Valvo. *See* Docket No. 34 at 1; Docket No. 35 at 1; Docket No. 36-1 at 1; Docket No. 37-1 at 1; Docket No. 40-1 at 1; Docket No. 41-1 at 1. In doing so, SFR and its counsel have violated the Federal Rules of Civil Procedure and the Local Rules of this Court. *See* Fed. R. Civ. P. 5.2(a) (requiring redaction of birth dates); Local Rule IC 6-1(a) (same). "The responsibility for redacting these personal identifiers rests solely with attorneys and the parties." Local Rule IC 6-1(c). The failure to comply with these redaction requirements subjects disobedient parties and attorneys to the imposition of sanctions. *See Davis v. Clark Cty. School. Dist.*, 2013 U.S. Dist. Lexis 128937, at *4 n.3 (D. Nev. Sept. 9, 2013); *see also* Local Rule IA 11-8(c).

    No later than August 19, 2016, SFR shall file on the public docket a properly redacted version of Docket No. 40 and 40-1. The Court hereby **ADMONISHES** SFR, Diana Cline Ebron, and Jacqueline

Gilbert for failing to comply with these redaction requirements. Future violations of applicable rules may result in the imposition of monetary sanctions.

IT IS SO ORDERED.

DATED: August 16, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge