ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>                    Plaintiff,<br>vs.<br><br>SHENANDOAH OWNERS ASSOCIATION, INC; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENT POOL 1, LLC,<br><br>                    Defendants. | Case No. 2:16-cv-00268-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO MAKE EXPERT WITNESS DISCLOSURES**<br><br>**(First Request)** |
| SFR INVESTMENT POOL 1, LLC,<br><br>                    Counter/Cross Claimant,<br>vs.<br><br>NATIONSTAR MORTGAGE, LLC; U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION; SUNTRUST BANK, a George corporation; and DANIEL L. VALVO, and individual,<br><br>                    Counter/Cross Defendants. | |

Plaintiff Nationstar Mortgage LLC (**Nationstar**) and Defendants SFR Investment Pools 1, LLC (**SFR**) and Nevada Association Services, Inc. (**NAS**) (collectively, the **Parties**) hereby stipulate as follows:

…

{39502825;1}                                                       1

1. IT IS HEREBY AGREED AND STIPULATED, that the deadline for initial expert witness disclosure shall be extended by one day, until September 13, 2016. The rebuttal expert disclosure will be also extended one day until October 13, 2016. This stipulation is submitted based on Nationstar's need for additional time to submit its initial expert disclosure. Due to a calendaring error, the expert report will not arrive until September 13, 2016. The parties believe that this demonstrates good cause and excusable neglect. The parties have entered into the agreement in good faith and not for purposes of delay. This is the parties' way of accommodating each other given the circumstances.

DATED: September 13, 2016.

**AKERMAN LLP**
By: /s/ *William S. Habdas*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Plaintiff*

**KIM GILBERT EBRON**
/s/ *Karen L Hanks*
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
Trella N. Perkins-McLean
Nevada Bar No. 13376
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**NEVADA ASSOCIATION SERVICES, INC.**
/s/ *Christopher V. Yergensen*
CHRISTOPHER V. YERGENSEN, ESQ.
Nevada Bar No. 6183
6224 W. Desert Inn Rd.
Las Vegas, Nevada 89146
*Attorneys for Nevada Association Services, Inc.*

**ORDER**

IT IS SO ORDERED:

DATED: September 14, 2016

_____
UNITED STATES MAGISTRATE JUDGE