ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC <br><br> Plaintiff, <br><br> vs. <br><br> SHENANDOAH OWNERS ASSOCIATION, INC; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENT POOL 1, LLC, <br><br> Defendants. | Case No. 2:16-cv-00268-JAD-NJK <br><br> **NOTICE OF DISASSOCIATION** |
| SFR INVESTMENT POOL 1, LLC, <br><br> Counter/Cross Claimant, <br><br> vs. <br><br> NATIONSTAR MORTGAGE, LLC; U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION; SUNTRUST BANK; and DANIEL L. VALVO, and individual, <br><br> Counter/Cross Defendants. | |

        PLEASE TAKE NOTICE that Nationstar Mortgage LLC, hereby provides notice

that Steven G. Shevorski, Esq., is no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Akerman LLP continues to serve as counsel for Nationstar Mortgage LLC, in this action. All future correspondence and papers in this action should continue to be directed Ariel E. Stern, Esq. and Jamie K. Combs, Esq. receive all future notices.

Respectfully submitted, this 30th day of May, 2017

**AKERMAN LLP**

/s/ *Jamie K. Combs*_____
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
*Attorneys for Plaintiff*


**COURT APPROVAL**

IT IS SO ORDERED.


Date: May 31, 2017

_____
UNITED STATES MAGISTRATE JUDGE