Stephen Peek, Esq.
Nevada Bar No. 1758
Rachel L. Wise, Esq.
Nevada Bar No. 12303
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
Phone: 702-222-2500
Fax: 702-669-4600
Email:  speek@hollandhart.com
        rlwise@hollandhart.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SHENANDOAH OWNERS ASSOCIATION, INC.; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENT POOL 1, LLC,<br><br>Defendants. | Case No. 2:16-cv-00268-JAD-NJK<br><br>**MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER** |

Pursuant to LR IA 10.6(e), Rachel L. Wise, Esq., hereby moves this Court for an Order removing her from all service lists, including the court's electronic notification list, in the above-captioned case.

///
///
///
///
///
///
///
///

Attorney Wise is no longer employed by Gordon Rees Scully Mansukhani, LLP.

DATED this 4th day of April, 2018.

           HOLLAND & HART LLP

           */s/ Rachel L. Wise*
           Stephen Peek, Esq.
           Nevada Bar No. 1758
           Rachel L. Wise, Esq.
           Nevada Bar No. 12303
           9555 Hillwood Drive, 2nd Floor
           Las Vegas, Nevada 89134

**IT IS SO ORDERED**

United States Magistrate Judge
DATED: April 5, 2018