# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, <br> Plaintiff(s), <br> v. <br> SHENANDOAH OWNERS ASSOCIATION, INC., et al., <br> Defendant(s). | Case No.: 2:16-cv-00268-JAD-NJK <br><br> **Order** <br><br> [Docket No. 92] |

Pending before the Court is attorney Chris Yergensen's motion to withdraw as counsel for Nevada Association Services, Inc. Docket No. 92. Any response to that motion must be filed by August 19, 2019. Nevada Association Services, Inc. must file either (1) a response in opposition to the motion, (2) a notice of appearance by new counsel, or (3) a notice of intent to not participate in this case by August 19, 2019. Mr. Yergensen must serve a copy of this order on Nevada Association Services, Inc. and file a proof of service by August 7, 2019.

IT IS SO ORDERED.

Dated: August 5, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1