1  **DICKINSON WRIGHT PLLC**
   Cynthia L. Alexander, Esq.
2  Nevada Bar No. 6718
   Email: calexander@dickinson-wright.com
3  Taylor Anello, Esq.
   Nevada Bar No. 12881
4  Email: tannello@dickinson-wright.com
   8363 West Sunset Road, Suite 200
5  Las Vegas, Nevada 89113-2210
   Tel: (702) 550-4400
6  Fax: (702) 382-1661

7  *Attorneys for Cross-Defendant SunTrust Bank*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case Number: 2:16-CV-00268-JAD-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF CROSS-DEFENDANT SUNTRUST BANK** |
| SHENANDOAH OWNERS ASSOCIATION, INC.; NEVADA ASSOCIATION SERVICES, INC., SFR INVESTMENTS POOL 1, LLC, | |
| Defendants. | ECF Nos. 83, 114 |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, | |
| Counter/Cross Claimant | |
| vs. | |
| NATIONSTAR MORTGAGE, LLC; U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION; SUNTRUST BANK, a Georgia corporation; and DANIEL L. VALVO, an individual, | |
| Counter/Cross Defendants. | |

Pursuant to LR 7-1, IT IS HEREBY STIPULATED by and between the undersigned, counsel of record for Plaintiff/Counter-Defendant, Nationstar Mortgage, LLC ("Plaintiff"),

- 1 -

Defendant/Counter/Cross-Claimant SFR Investment Pool 1, LLC ("SFR"), Defendant Shenandoah Owners Association, Inc., and Cross-Defendant SunTrust Bank ("SunTrust") (collectively as the "Parties"), hereby agrees and stipulates as follows:

## **STIPULATION**

IT IS STIPULATED AND AGREED by and between the Parties that SunTrust should be dismissed from this action with prejudice.

IT IS HEREBY AGREED AND STIPULATED by and between the Parties that SunTrust's Motion to set aside the Default filed on July 1, 2019 [ECF No. 83] is withdrawn as moot.

IT IS FURTHER STIPULATED AND AGREED that each party shall bear their own attorney's fees and costs as to all claims against SunTrust.

| Dated December 20, 2019 | Dated January 10, 2020 |
|---|---|
| DICKINSON WRIGHT, PLLC | KIM GILBERT EBRON |
| By: /s/ Cynthia L. Alexander<br>Cynthia L. Alexander, Esq.<br>Nevada Bar No. 6718<br>Taylor Anello, Esq.<br>Nevada Bar No. 12881<br>8363 West Sunset Road, Suite 200<br>Las Vegas, Nevada 89113-2210<br>Telephone: (702) 550-4400<br>*Attorneys for Crossdefendant SunTrust Bank* | By: /s/ Karen L. Hanks<br>Diana S. Ebron (NV Bar No. 10580)<br>Jacqueline A. Gilbert (NV Bar No. 10593)<br>Karen L. Hanks, Esq. (NV Bar No. 9578)<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>Telephone: (702) 485-3300<br>*Attorneys for Defendant/Counterclaimant Crossclaimant SFR Investments Pool 1, LLC* |

///
///
///
///
///
///
///
///
///

| | |
|---|---|
| Dated January 2, 2020 | Dated December 23, 2019 |
| AKERMAN LLP | GORDON REES SCULLY MANSUKHANI LLP |
| By: */s/ Rex Garner* <br> Rex Garner, Esq. (NV Bar No. 9401) <br> Jamie K. Combs (NV Bar No. 8276) <br> William S. Habdas (NV Bar No. 13088) <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br> Telephone: (702) 634-5007 <br> *Attorneys for Plaintiff/Counterdefendant Nationstar Mortgage LLC* | By: */s/ Robert S. Larsen* <br> Robert S. Larsen, Esq. (NV Bar No. 7785) <br> David T. Gluth, Esq. (NV Bar No. 10596) <br> Dione Wrenn, Esq. (NV Bar No. 13285) <br> 300 S. Fourth St. Suite 1550 <br> Las Vegas, NV 89101 <br> Telephone: (702) 577-9316 <br> *Attorneys for Defendant Shenandoah Owners Association, Inc.* |

**ORDER**

Based on the parties' stipulation **[ECF No. 114]**, and with good cause appearing, IT IS HEREBY ORDERED that ALL CLAIMS AGAINST SunTrust Bank are DISMISSED with prejudice, each side to bear its own fees and costs. SunTrust's motion to set aside default **[ECF No. 83] is deemed withdrawn** as moot.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 14, 2020