ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: melanie.morgan@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NATIONSTAR MORTGAGE LLC<br><br>Plaintiff,<br><br>vs.<br><br>SHENANDOAH OWNERS ASSOCIATION, INC; NEVADA ASSOCIATION SERVICES, INC.; SFR INVESTMENT POOL 1, LLC,<br><br>Defendants. | Case No. 2:16-cv-00268-JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**[FIRST REQUEST]** |
| SFR INVESTMENT POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC; U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION; SUNTRUST BANK; and DANIEL L. VALVO, and individual,<br><br>Counter/Cross Defendants. | ECF No. 137 |

Plaintiff/Counter-Defendant Nationstar Mortgage LLC (**Nationstar**), Shenandoah Owners Association, Inc. (**Shenandoah**), SFR Investments Pool 1, LLC (**SFR**), stipulate and request the court to extend the deadline to file the joint pretrial order, currently set for Monday, November 23, 2020, by twenty-one (21) days, to **Monday, December 14, 2020**.

55481148;1

The parties are working on completing the joint pretrial order, but request the additional twenty-one (21) days, through **Monday, December 14, 2020** to finalize the proposed pretrial order and confirm the parties' and witnesses' availability for the dates proposed. This is the parties first request for an extension of this deadline and is not intended for the purpose of delay.

DATED: November 23, 2020.

| **AKERMAN LLP** | **GORDON REES SCULLY MANSUKHANI, LLP** |
|---|---|
| /s/ Jamie K. Combs<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>JAMIE K. COMBS, ESQ.<br>Nevada Bar No. 13088<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Nationstar Mortgage LLC* | /s/ David T. Gluth<br>ROBERT S. LARSEN, ESQ.<br>Nevada Bar No. 7785<br>DAVID T. GLUTH, ESQ.<br>Nevada Bar No. 10596<br>DIONE C. WRENN, ESQ.<br>Nevada Bar No. 13285<br>300 South Fourth Street, Suite 1550<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Shenandoah Owners Association Inc.* |
| **KIM GILBERT EBRON**<br><br>/s/ Karen L. Hanks<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>JACQUELINE A GILBERT, ESQ.<br>Nevada Bar No. 10593<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br><br>*Attorneys for SFR Investments Pool 1, LLC* | |

**ORDER**

**IT IS SO ORDERED.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 24, 2020

55481148;1